530

E-filing

PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name __Johnson  Charles__
         (Last)           (First)              (Initial)

Prisoner Number __BAU 433__

Institutional Address __GDJ 5506ᵗʰ ST OAKlAND, CA 94607__

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

__Charles  Johnson__
(Enter the full name of plaintiff in this action.)

vs.

__The State of__
__CAliForniA__

(Enter the full name of respondent(s) or jailor in this action)

CV 08

Case No. __1484__
(To be provided by the clerk of court)

PETITION FOR A WRIT
OF HABEAS CORPUS WHA

(PR)

### Read Comments Carefully Before Filling In

#### When and Where to File

You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS          - 1 -

1   <u>Who to Name as Respondent</u>

2       You must name the person in whose actual custody you are. This usually means the Warden or

3   jailor. Do not name the State of California, a city, a county or the superior court of the county in which

4   you are imprisoned or by whom you were convicted and sentenced. These are not proper

5   respondents.

6       If you are not presently in custody pursuant to the state judgment against which you seek relief

7   but may be subject to such custody in the future (e.g., detainers), you must name the person in whose

8   custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack

9   was entered.

10  A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11      1. What sentence are you challenging in this petition?

12          (a)    Name and location of court that imposed sentence (for example; Alameda

13                 County Superior Court, Oakland):

14          *Alameda County Superior Court     OAKLAND*

15                 Court                              Location

16          (b)    Case number, if known ____*150 866*____

17          (c)    Date and terms of sentence ___*2/28/08    12 months*___

18          (d)    Are you now in custody serving this term? (Custody means being in jail, on

19                 parole or probation, etc.)          Yes ☒    No ____

20                 Where?

21                 Name of Institution: *GLEN E. DYER Jail*

22                 Address: *550 6ᵗʰ ST., OAKLAND,CA 94607*

23      2. For what crime were you given this sentence? (If your petition challenges a sentence for

24  more than one crime, list each crime separately using Penal Code numbers if known. If you are

25  challenging more than one sentence, you should file a different petition for each sentence.) . . . . . . . . .

26  *Alleged Violation of PAROLE Section 11351.5*

27  *of Health & Safety Code and 12021 of the Penal Code*

28  *No Violation occured, charges dropped.*

PET. FOR WRIT OF HAB. CORPUS        - 2 -

1    3. Did you have any of the following?

2        Arraignment:                        Yes _X_     No _____

3        Preliminary Hearing:              Yes _X_     No _____

4        Motion to Suppress:               Yes _X_     No _____

5   4. How did you plead?

6        Guilty _____    Not Guilty _X_   Nolo Contendere _____

7        Any other plea (specify) _____ *chArges DRoppEd* _____

8   5. If you went to trial, what kind of trial did you have? *N/A*

9        Jury _____     Judge alone _____   Judge alone on a transcript _____

10   6. Did you testify at your trial? *V/A*        Yes _____     No _____

11   7. Did you have an attorney at the following proceedings:

12      (a)   Arraignment                 Yes _X_     No _____

13      (b)   Preliminary hearing         Yes _/_     No _____

14      (c)   Time of plea               Yes _____     No _____

15      (d)   Trial                      Yes _____     No _____

16      (e)   Sentencing              Yes _____     No _____

17      (f)   Appeal                 Yes _____     No _____

18      (g)   Other post-conviction proceeding   Yes _X_     No _____

19   8. Did you appeal your conviction? *N/A*      Yes _____     No _____

20      (a)   If you did, to what court(s) did you appeal?

21          Court of Appeal            Yes _____   No _____

22          Year: _____      Result: _____

23          Supreme Court of California     Yes _____   No _____

24          Year: _____      Result: _____

25          Any other court          Yes _____   No _____

26          Year: _____      Result: _____

27

28      (b)   If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS      - 3 -

1                petition?                           Yes _____    No_____

2      (c)    Was there an opinion?             Yes _____    No_____

3      (d)    Did you seek permission to file a late appeal under Rule 31(a)?

4                                                   Yes _____    No_____

5                If you did, give the name of the court and the result:

6                   _____

7                   _____

8   9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9   this conviction in any court, state or federal?            Yes _____   No ✗

10      [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11   challenged the same conviction you are challenging now and if that petition was denied or dismissed

12   with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13   for an order authorizing the district court to consider this petition. You may not file a second or

14   subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15   U.S.C. §§ 2244(b).]

16      (a)    If you sought relief in any proceeding other than an appeal, answer the following

17            questions for each proceeding. Attach extra paper if you need more space.

18          I.    Name of Court: _____ N/A _____

19               Type of Proceeding: _____

20               Grounds raised (Be brief but specific):

21                   a._____

22                   b._____

23                   c._____

24                   d._____

25                   Result: _____ Date of Result: _____

26          II.   Name of Court: _____ N/A _____

27               Type of Proceeding: _____

28               Grounds raised (Be brief but specific):

1    a._____

2    b._____

3    c._____

4    d._____

5    Result:_____ Date of Result:_____

6    III.    Name of Court:_____ N/A_____

7    Type of Proceeding:_____

8    Grounds raised (Be brief but specific):

9    a._____

10   b._____

11   c._____

12   d._____

13   Result:_____ Date of Result:_____

14   IV.    Name of Court:_____ N/A_____

15   Type of Proceeding:_____

16   Grounds raised (Be brief but specific):

17   a._____

18   b._____

19   c._____

20   d._____

21   Result:_____ Date of Result:_____

22   (b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

23   Yes _____    No ☒

24   Name and location of court: _____ N/A _____

25   **B. GROUNDS FOR RELIEF**

26   State briefly every reason that you believe you are being confined unlawfully. Give facts to

27   support each claim. For example, what legal right or privilege were you denied? What happened?

28   Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

PET. FOR WRIT OF HAB. CORPUS        - 5 -

1  need more space. Answer the same questions for each claim.

2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5  Claim One: *My Right To Due Process Violated*

6  *by Probation Henning with No prior Notice.*

7  Supporting Facts: *Henning was held on the day*

8  *seen to same time with no prior*

9  *notice to call witnesses or prepares*

10  *in violation of Penal Code 90.22*

11  Claim Two: *Denied my right to disclose*

12  *Evidence in Probation Hearing (Feb.8)*

13  Supporting Facts: *No opportunity to disclose*

14  *exculpatory evidence in violation*

15  *of Penal Code 90.22*

16

17  Claim Three: *Denied my Right to present witnesses*

18  *a cross examing Adverse witness.*

19  Supporting Facts: *Denied opportunity to presen*

20  *witnesses on cross examine adverse*

21  *witnesses in violation of Penal*

22  *Code 10.22,   (See Attached Page)*

23  If any of these grounds was not previously presented to any other court, state briefly which

24  grounds were not presented and why:

25  *Case never went to trial*

26  *all charges where dismissed.*

27

28

PET. FOR WRIT OF HAB. CORPUS          - 6 -

Page 6-B Continuation

Claim Four: Alleged Violation based on False
Evidence.

Supporting Facts: Evidence presented had
no link to probationer. Evidence was product
of an illegal search and was evidently planted
by Officer William Bergeron. Officer
Bergeron has a lenthy history of this type of
activity, and was recently found guilty of
the exact same activity in a civil case against
him. Numenous other cases are pending
against him for planting evidence. In,
addition, Officer Bergeron has a history
of Harrassing the probationer. The
officer stated during the preliminary
Hearing (dated Sept. 28, 2007) that he had
been searching for Mr. Johnson 30 or
40 times in the last year. Mr. Johnson
had committed no crime or violation during
this time period and was in full compliance
with the conditions of his probation and
parole. this is documented on the parole
Report dated 9/20/07. The agent states
no problems or positive drug test since March
of 2007. Pespite, Mr. Johnson exampliany
behavior Officer Bergeron obviously
displayed a vendetta against Mr. Johnson,
This behavior has been on going for
several years by Officer Bergeron,

Page 6-C    Continuation

Claim Five: Probationer has conclusive
proof of Innocence.

Supporting Facts: Probationer has a signed
affidavit from Tracy Panks dated Sept. 14
2007 The date after the arrest, Ms. Panks
is the owner of the Oldsmobile that was the
source of the alleged evidence against Mr.
Johnson. She states that there was only 1
key to the vehicle which she left inside a white
pick up truck in front of the Oldsmobile. The Truck
was unlocked and provided access to any one
who opened the door. She also states that she
was never asked by Officer Bergenon for per-
mission to search the vehicle even though she was
home and subsequently realized that the officer
was searching the car. She states that she had
not seen Mr. Johnson for over one year.
Officer Bergenon obviously obtained the
key to the Oldsmobile at its location
and not from Mr. Johnson and switched
keys in order to link the car to Mr.
Johnson. Mr. Johnson intends to file
a civil action and complaint against officer
Bergenon and the City of Oakland based on
officer Bergenons illegal actions.

Page 6 D Continuation

Claim Six: Probation was improperly
Revoked.

Supporting Facts: Probationer did not
violate any condition of probation,
was not allowed to present witnesses or
evidence, was not notified in advance
or allowed to prepare for a Revocation hearing,
was not allowed to confront and cross-
examine adverse witnesses, did not receive
written notice of reasons and evidence
from the Fact Finder, was the subject of
Harrassment and illegally planted evidence,
and receive a sentence of 5 years
based on those conditions. Probationer
is therefore being held illegally in
violation of his constitutional rights
to Due Process, Protection against illegal
search and seizure and seeks immediate
Relief.

Page 6 E continuation

CLAIM SEVEN: INEFFECTIVE Assistance of
   COUNSEL

Supporting Facts: Mr. Johnson requested
substitution of counsel and was denied
during the pretrial phase. Mr. Johnson
request was based on a total lack
of communication with counsel and total
loss of Faith in counsels ability to repre-
sent him adequately. Mr. Johnson came to
This conclusion based on several Factors.
First, counsel missed deadlines to File
Trial motions claiming ignorance of
the court deadline, thereby denying him of
a viable defense. Secondly, counsel failed
To pursue and investigate an aggressive
and obvious defense involving Officer
Bergeron's activities. This was despite The
Fact That Officer Bergeron's Trial regarding
planting evidence in a similar case was common
knowledge and Front Page News in Oakland.
Thirdly, counsel claimed ignorance of the
probation hearing For Mr. Johnson and
Failed To Advise him in advance or
prepare For said hearing since it
has a different standard of evidence
Than a criminal Trial. Mr. Johnson
Felt completely unrepresented by denial of
his motion and Totally unable to communicate with counsel.

Relevant Case Citations
Pg. 7

1. People v. Vickens (1972) 8 Cal 3d 451, 105
2. Gagnon v. Scarpelli 411 U.S. 778, 93 S. Ct. 1756, 36 L.Ed.
3. People v. Rodriguez, 51 Cal. 3d 437, 272 Cal. Rptn. 613, 795
4. People v. Winson, 29 Cal 3d 711, 175 Cal. Rptn 621, 631 P. 2d 55
5. Black v. Romano, 471 U.S. 606, 105 S.Ct. 2254, 85 L. Ed 2d
6. People v. Mosley, 198 Cal. App 3d 1167, 244 Cal. Rptn. 264
7. People v. Hryko, 7 Cal. App. 3d 604, 609, 86 cal. rptr 726
8. US. v. Corbitt, C.A., 3d, 1976, 541 F. 2d. 146
9. Smith v. U.S., CA P.C. 1965, 353 F. 2d. 838, 845
10. McKee v. Harris, CA 2d 1981, 649 F. 2d. 927
11. Bodd v. Nixon (1971) 6 Cal 3d 195, 200, 98 Cal Rptn. 849
12. Smith v. Lewis (1975) 13 Cal. 3d 349, 356 118 Cal Rptn. 621
13. Shelly v. Hanson (1966) 244 Cal App. 2d 210, 214-215, 53

1       List, by name and citation only, any cases that you think are close factually to yours so that they

2 are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning

3 of these cases:

4 _In re Waynor (2005) 127 Cal App 4th 138, 25_

5 _People v. Smith (1970) 12 Cal App 3d 621, 626, 90_

6 _Morrissey v Brewer (1972) 408 US. 471, 92 S. Ct 2543_

7 Do you have an attorney for this petition?                 Yes_____    No☒

8 If you do, give the name and address of your attorney:

9 _____

10      WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in

11 this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13 Executed on ___3/4/08_____            _Charles Johnson_____

14         Date                      Signature of Petitioner

15

16

17

18

19

20 (Rev. 6/02)

21

22

23

24

25

26

27

28

PET. FOR WRIT OF HAB. CORPUS    - 7 -

JS 44 - CAND (Rev 11/04)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO.)

## I.(a) PLAINTIFFS

*Charles Johnson*

## DEFENDANTS

*State of California*

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF *ALAMEDA*
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT *ALAMEDA*
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

*N/A*

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN 'X' IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☒ 2 U.S. Government Defendant

☐ 3 Federal Question
(U.S. Government Not a Party)

☐ 4 Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF

(For diversity cases only) AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☒ Original Proceeding

☐ Removed from State Court

☐ Remanded from Appellate Court

☐ Reinstated or Reopened

☐ Transfered from Another district (specify)

☐ Multidistrict Litigation

☐ Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN 'X' IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med Malpractice | ☐ 625 Drug Related Seizure of | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury | Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of | Slander | ☐ 368 Asbestos Personal | ☐ 640 RR & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| Judgment | ☐ 330 Federal Employers | Injury Product Liability | ☐ 650 Airline Regs | ☐ 830 Patent | Corrupt Organizations |
| ☐ 151 Medicare Act | Liability | | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 152 Recovery of Defaulted | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 850 Securities/Commodities/ |
| Student Loans (Excl | ☐ 345 Marine Product | ☐ 370 Other Fraud · | ☐ 690 Other | | Exchange |
| Veterans) | Liability | ☐ 371 Truth in Lending | | **SOCIAL SECURITY** | ☐ 875 Customer Challenge |
| ☐ 153 Recovery of Overpayment | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | | 12 USC 3410 |
| of Veteran's Benefits | ☐ 355 Motor Vehicle | Property Damage | | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 160 Stockholders Suits | Product Liability | ☐ 385 Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt Relations | ☐ 863 DIWC/DIWW (405(g)) | Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt Reporting & | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 196 Franchise | | | Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| | | | ☐ 740 Railway Labor Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| | | | ☐ 791 Empl.Ret. Inc. Security | | ☐ 900 Appeal of Fee |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☒ 510 Motion to Vacate | Act | ☐ 870 Taxes (US Plaintiff or | Determination Under |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence Habeas Corpus: | | Defendant | Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing · | ☐ 530 General | | ☐ 871 IRS - Third Party | ☐ 950 Constitutionality of State |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | 26 USC 7609 | Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 445 Amer w/ disab - Empl | ☐ 550 Civil Rights | | | |
| | ☐ 446 Amer w/ disab - Other | ☐ 555 Prison Condition | | | |
| | ☐ 480 Consumer Credit | | | | |
| | ☐ 490 Cable/Satellite TV | | | | |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

*WRIT OF HABEAS CORPUS, I was denied Due Process And I am Being held in Violation on My 6th & 14th Amendment Rights.*

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION    DEMAND $_____ ☐ CHECK YES only if demanded in complaint:
UNDER F.R.C.P. 23    JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S)
IF ANY

PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE
"NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)

☒ SAN FRANCISCO/OAKLAND    ☐ SAN JOSE

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____