March 27, 2008

To whom it may concern:

FILED RECEIVED APR 3 2008 RICHARD W. [WIEKING] CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

My name is Charles Johnson County No. #BAU433 CDC No. #T75115. I am writing the courts to inform them that I have been transfered to San Quentin State Prison. I was previsely housed at Glen Dyer County Jail 550 6th St Oakland, CA 94607. I Filed a Pettition for a writ of Habeas Corpus, due to my current situation. This is a letter to inform the courts of a address change. Case No. 150866

Thank you for your time and patience

C08-1484WHA

Sincerly
Charles Johnson #T75115
3-27-2008


