FILED
08 MAY -7 PM 1:23
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

)
)
)
Plaintiff,            )   CASE NO. 081484
)
vs.                   )   PRISONER'S
)   APPLICATION TO PROCEED
)   IN FORMA PAUPERIS
)
Defendant.            )
_____)

I, Charles Johnson, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?   Yes ___   No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____   Net: _____

Employer: _____

_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _I have never been employed_____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9     a.    Business, Profession or         Yes ___  No ✓
10          self employment
11    b.    Income from stocks, bonds,    Yes ___  No ✓
12          or royalties?
13    c.    Rent payments?                     Yes ___  No ✓
14    d.    Pensions, annuities, or          Yes ___  No ✓
15          life insurance payments?
16    e.    Federal or State welfare payments,   Yes ___  No ✓
17          Social Security or other govern-
18          ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.   Are you married?                                    Yes ___  No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____   Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 2 -

1   b.   List the persons other than your spouse who are dependent upon you for
2        support and indicate how much you contribute toward their support. (NOTE:
3        For minor children, list only their initials and ages. DO NOT INCLUDE
4        THEIR NAMES.).
5        _____
6        _____
7   5.   Do you own or are you buying a home?         Yes ___ No ✓
8   Estimated Market Value: $_____ Amount of Mortgage: $_____
9   6.   Do you own an automobile?                    Yes ___ No ✓
10  Make _____ Year _____ Model _____
11  Is it financed? Yes _____ No _____ If so, Total due: $ _____
12  Monthly Payment: $ _____
13  7.   Do you have a bank account? Yes _____ No ✓ (Do not include account numbers.)
14  Name(s) and address(es) of bank: _____
15  _____
16  Present balance(s): $ _____
17  Do you own any cash? Yes ___ No ✓ Amount: $ _____
18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19  market value.)   Yes ___ No ✓
20  _____
21  8.   What are your monthly expenses?
22  Rent: $ _____                Utilities: _____
23  Food: $ _____                Clothing: _____
24  Charge Accounts:
25  Name of Account          Monthly Payment           Total Owed on This Acct.
26  _____               $ _____              $ _____
27  _____               $ _____              $ _____
28  _____               $ _____              $ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 3 -

1  9.     Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _____
4  _____
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11        I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13        I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 _4-24-2008_____        _Charles Johnson_____
17       DATE                            SIGNATURE OF APPLICANT

1
2                                                          Case Number: **081484**
3
4
5
6
7
8
9                              **CERTIFICATE OF FUNDS**
10                                          **IN**
11                              **PRISONER'S ACCOUNT**
12                                      **T75115**
13      I certify that attached hereto is a true and correct copy of the prisoner's trust account
14   statement showing transactions of **CHARLES JOHNSON** for the last six months
15   at
16                                    [prisoner name]
17        **SAN QUENTIN**              where (s)he is confined.
18                [name of institution]
19      I further certify that the average deposits each month to this prisoner's account for the
20   most recent 6-month period were $ **27.63**   and the average balance in the prisoner's
21   account each month for the most recent 6-month period was $ **27.63**   .
22
23   Dated: **5/5/08**                        _[signature]_
24                                   [Authorized officer of the institution]
25
26
27
28

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                            SAN QUENTIN PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: NOV. 05, 2007 THRU MAY 05, 2008

ACCOUNT NUMBER  : T75115                        BED/CELL NUMBER: D 2 00000000002L
ACCOUNT NAME    : JOHNSON, CHARLES ELOYS        ACCOUNT TYPE: I
PRIVILEGE GROUP : U
                            TRUST ACCOUNT ACTIVITY

            TRAN
DATE        CODE    DESCRIPTION     COMMENT      CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----------  ----    -----------     -------      ---------   --------   -----------   -------

11/05/2007          BEGINNING BALANCE                                                    0.00

    ACTIVITY FOR 2008
03/26*DD30  CASH DEPOSIT    3766/R&R                          165.62                   165.62
04/08 FC01  DRAW-FAC 1      3935/M 1ST                                      90.00       75.62


                        * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 11/22/05                        CASE NUMBER: 144063
COUNTY CODE: ALA                                FINE AMOUNT: $     400.00

    DATE        TRANS.      DESCRIPTION                     TRANS. AMT.      BALANCE

11/05/2007      BEGINNING BALANCE                                             400.00
03/26/08        DR30        REST DED-CASH DEPOSIT               184.01-       215.99

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                            TRUST ACCOUNT SUMMARY
  BEGINNING      TOTAL        TOTAL       CURRENT        HOLDS       TRANSACTIONS
   BALANCE     DEPOSITS    WITHDRAWALS    BALANCE       BALANCE      TO BE POSTED
  ---------    --------    -----------    -------       -------      ------------
     0.00       165.62        90.00        75.62          0.00           0.00

                                                                       CURRENT
                                                                      AVAILABLE
                                                                       BALANCE
                                                                      ---------
                                                                        75.62
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 5/5/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE