**FILED**

MAY 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JOHNSON, | No. C 08-1484 WHA (PR) |
| Petitioner, | **JUDGMENT** |
| v. | |
| THE STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the court's order entered today, a judgment of dismissal without prejudice is hereby entered. Plaintiff shall receive no relief by way of his petition.

**IT IS SO ORDERED.**

Dated: May 22, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.08\JOHNSON1484.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHARLES JOHNSON,

    Plaintiff,

v.

STATE OF CA et al,

    Defendant.
_____/

Case Number: CV08-01484 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Charles Johnson
#T-75115
San Quentin State Prison
San Quentin, CA 94974

Dated: May 23, 2008

*MNarcisse*
Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk