CR-175

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.:<br>E-MAIL ADDRESS (optional):    FAX NO.:<br>ATTORNEY FOR (Name): | FILED<br>RECEIVED<br>MAY 2 2 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Fransico | |
| In re<br>DEFENDANT: Charles Johnson , on habeas corpus<br>Date of birth: 1-6-80   California Dept. of Corrections No. (if applicable): | |
| **NOTICE AND REQUEST FOR RULING**<br>(Cal. Rules of Court, rule 4.551(a)(3)(B)) | CASE NUMBER(S): |

I, Charles Johnson #T75115, filed a petition for writ of habeas corpus in the above entitled case in the Superior Court of California, County of (name): Northern District of California on (date): 3-17-2008.

As of this date, I have not received a ruling on the petition within 60 days of filing as required by rule 4.551(a)(3)(A) of the California Rules of Court. Therefore, I request that the court rule on the petition. (California Rules of Court, rule 4.551(a)(3)(B).) A copy of the original petition for writ of habeas corpus is attached to this *Notice and Request for Ruling*.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 5-20-2008    #T75115       CASE NO: 08 1484 WHA

Charles Johnson                    Charles Johnson
(TYPE OR PRINT NAME)                  (SIGNATURE)

| Form Approved for Optional Use<br>Judicial Council of California<br>CR-175 [New January 1, 2004] | **NOTICE AND REQUEST FOR RULING**<br>(Criminal) | Cal. Rules of Court, rule 4.551(a)(3)(B)<br>American LegalNet, Inc.<br>www.USCourtForms.com |

Charles Johnson #T75115
S.Q.S.P
San Quentin, CA. 94974



Attn: Clerk of
Northern District of California
450 Golden ~~District~~ Gate Ave.
San Francisco, CA 94102